# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**MILLER FRANK JOHNSON, et al.,**

      **Plaintiffs,**

**v.**                          **Case No. 8:87-cv-369-T-24TBM**

**GERALD REGIER,**

      **Defendant.**

_____/

## O R D E R

THIS MATTER is before the court on the **Office of the Monitor's Motion for Approval of Proposed Budget for July 1, 2006, through June 30, 2007** (Doc. 1560).  By its motion, the Office of the Monitor seeks a proposed budget of $113,479.00 for the time period of July 1, 2006, through June 30, 2007, <u>id.</u> at Ex.  The Office of the Monitor indicates that the proposed budget was forwarded to the parties' counsel on July 6, 2005, and, after discussions with the Monitor, the Defendants have made no objection to the proposal.  Furthermore, Defendants have failed to file a response in opposition, and thus, the motion is deemed unopposed.  <u>See</u> M.D. Fla. R. 3.01(b).

Accordingly, the Office of the Monitor's motion (Doc. 1560) is **GRANTED** and the proposed budget set out therein is hereby **APPROVED**.

**Done and Ordered** in Tampa, Florida, this 31st day of August 2006.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge
Counsel of Record